UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-298 JVS (RNBx) | Date | March 1, 2012 |

| Title | McAlpine v. American Medical Services, Inc. |

| Present: The Honorable | James V. Selna |

| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the Complaint filed February 24, 2012. Plaintiff Robin McAlpine is ordered to show cause in writing within fifteen days why the Complaint should not be dismissed for lack of jurisdiction.

1. The Complaint states no basis for federal jurisdiction. This is contrary to Local Rule 8-1: "The statutory or other basis for the exercise of jurisdiction by this Court shall be plainly stated in the first paragraph of any document invoking this Court's jurisdiction."

2. Only state common law theories are pled. Thus, there is no apparent basis for federal question jurisdiction. 28 U.S.C. § 1331.

3. The citizenship of American Medical Systems, Inc. ("American Medical") is not pled. Thus, there is no way to determine whether American Medical is diverse. See 28 U.S.C. § 1332(a), (c). DOE Manufacturers are affirmatively alleged to be "citizens and residents of the State of California." (Complaint, ¶ 5.) This negates the requirement for complete diversity. Strawbridge v. Curtiss, 7 U.S. [3 Cranch] 267 (1806).

|  | : | 00 |
| Initials of Preparer | kjt |